B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Edge Pennsylvania, LLC**  
Debtor(s)

Case No. **1:15-bk-04869**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Emanuel Tire of Pennsylvania, Inc. 1251 Conshohocken Road Conshohocken, PA 19428 | Emanuel Tire of Pennsylvania, Inc. 1251 Conshohocken Road Conshohocken, PA 19428 | | | 671,890.40 |
| Ellsworth Electric of PA, Inc. P.O. Box C Marion, PA 17235 | Ellsworth Electric of PA, Inc. P.O. Box C Marion, PA 17235 | | | 274,290.91 |
| Tire Centers, LLC P.O. Box 218 Duncan, SC 29334 | Tire Centers, LLC P.O. Box 218 Duncan, SC 29334 | | | 218,049.66 |
| Tuckey Metal Fabricators 150 Stover Drive Carlisle, PA 17015 | Tuckey Metal Fabricators 150 Stover Drive Carlisle, PA 17015 | | | 201,051.84 |
| Schon Packaging, Inc. 28475 Greenfield Road Suite 210 Southfield, MI 48076 | Schon Packaging, Inc. 28475 Greenfield Road Suite 210 Southfield, MI 48076 | | | 121,382.30 |
| Goodpack USA Inc. 550 N Commons Drive Suite 106 Aurora, IL 60504 | Goodpack USA Inc. 550 N Commons Drive Suite 106 Aurora, IL 60504 | | | 91,084.27 |
| Budzar Industries, Inc. P.O. Box 931124 Cleveland, OH 44193 | Budzar Industries, Inc. P.O. Box 931124 Cleveland, OH 44193 | | | 84,788.80 |
| Lehman Construction Services, Inc. 5800 Cumberland Highway Chambersburg, PA 17202 | Lehman Construction Services, Inc. 5800 Cumberland Highway Chambersburg, PA 17202 | | | 83,878.02 |
| Balz, Inc. 366 Blue Valley Drive Bangor, PA 18013 | Balz, Inc. 366 Blue Valley Drive Bangor, PA 18013 | | | 67,854.15 |
| Deerpath Recyclers 55625 Wood House Dowagiac, MI 49047 | Deerpath Recyclers 55625 Wood House Dowagiac, MI 49047 | | Disputed | 64,169.85 |

In re  Edge Pennsylvania, LLC  
Debtor(s)

Case No.  1:15-bk-04869

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| S&S Tire<br>1475 Jingle Bell Lane<br>P.O. Box 55046<br>Lexington, KY 40555 | S&S Tire<br>1475 Jingle Bell Lane<br>P.O. Box 55046<br>Lexington, KY 40555 | | | 60,374.00 |
| Aerotek Commercial Staffing<br>P.O. Box 198531<br>Atlanta, GA 30384 | Aerotek Commercial Staffing<br>P.O. Box 198531<br>Atlanta, GA 30384 | | | 50,748.81 |
| Dalkin<br>P.O. Box 905931<br>Charlotte, NC 28290 | Dalkin<br>P.O. Box 905931<br>Charlotte, NC 28290 | | | 42,250.00 |
| Emanuel Tire Company<br>1300 Moreland Avenue<br>Baltimore, MD 21216 | Emanuel Tire Company<br>1300 Moreland Avenue<br>Baltimore, MD 21216 | | | 37,248.80 |
| Kobawala Poly-Pack<br>1329 N Clybourn Avenue<br>Chicago, IL 60610 | Kobawala Poly-Pack<br>1329 N Clybourn Avenue<br>Chicago, IL 60610 | | | 34,650.00 |
| Applied Industrial Technologies<br>22510 Network Place<br>Chicago, IL 60673 | Applied Industrial Technologies<br>22510 Network Place<br>Chicago, IL 60673 | | | 29,197.54 |
| Rubber City Machniery Corporation<br>P.O. Box 2043<br>Akron, OH 44309 | Rubber City Machniery Corporation<br>P.O. Box 2043<br>Akron, OH 44309 | | | 26,400.00 |
| Rotz & Stonesifer<br>1134 Kennebec Drive<br>Chambersburg, PA 17201 | Rotz & Stonesifer<br>1134 Kennebec Drive<br>Chambersburg, PA 17201 | | | 24,505.09 |
| GEA Process Engineering, Inc.<br>P.O. Box 13385<br>Newark, NJ 07101 | GEA Process Engineering, Inc.<br>P.O. Box 13385<br>Newark, NJ 07101 | | | 23,238.08 |
| R.E. Carroll Inc.<br>1570 North Olden Avenue<br>Trenton, NJ 08638 | R.E. Carroll Inc.<br>1570 North Olden Avenue<br>Trenton, NJ 08638 | | | 20,455.22 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  11-13-15

Signature  *[signed]*  
Daniel McVicker  
Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.