IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------- x
                                                :

In re:                                          :      Chapter 11

EDGE PENNSYLVANIA, LLC,          :      Case No. 1:15-bk-04869 (MDF)

       Debtor.                     :      NOTICE OF APPOINTMENT OF
                                              :      COMMITTEE OF UNSECURED
------------------------------- x    CREDITORS

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

      1. **XTRA Lease LLC**, Attn: Todd Feigenbaum, 7911 Forsyth Blvd., St. Louis, MO 63105, Phone: (314) 719-0343 Fax: (314) 719-0580

      2. **John F. and Teresa L. Barr as successors-in-interest to Ellsworth Electric of PA, Inc.**, Attn: Teresa Barr, 88 W. Lee St., Hagerstown, MD 21740

                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3

                                            /s/ *Benjamin Hackman* for
                                            ANNE FIORENZA
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: February 9, 2016

Attorney assigned to this Case: Benjamin Hackman, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's Counsel: Robert Chernicoff, Phone: (717) 238-6570, Fax: (717) 238-4809